**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

MIRAGE RESORTS, INCORPORATED,
a Nevada corporation,

      Plaintiff,

vs.                                              CASE NO. 5:06cv227/RS

JMJ MASTERPIECE PROPERTIES, LLC,
a Florida limited liability company; BEAU
RIVAGE REAL ESTATE COMPANY, INC.,
a Florida corporation; and BEAURIVAGE
PARTNERS, LLC, a Florida limited liability
company,

      Defendants.
_____/

**PERMANENT INJUNCTION**

Before me is the Stipulated Motion For Partial Final Judgment Against Beau Rivage Real Estate Company, Inc. Granting Permanent Injunction (Doc. 37), which stipulates to the entry of partial final judgment for a permanent injunction against Defendant Beau Rivage Real Estate Company, Inc.

**IT IS ORDERED:**

1. Pursuant to 15 U.S.C. §1116(a), Beau Rivage Real Estate Company, Inc. is hereby permanently enjoined, together with its servants, agents and employees and all other persons in active concert or participation with Beau Rivage Real Estate Company, Inc., and their successors and assigns from directly or indirectly:

(a) Using, in the adverisement (including signage and on the Internet), promotion,

      provision or identification of resort, condominium sales, and/or other real estate sales or services, any name or mark incorporating the words "BEAU RIVAGE", including without limitation any other mark confusingly similar to the BEAU RIVAGE® mark;

(b)    Expressly or impliedly representing itself to customers, potential customers, suppliers, potential suppliers, or the public to be affiliated in any way with Mirage;

(c)    Representing by words or conduct that any product or service provided, offered for sale, sold, advertised, or rendered by Defendants is supplied, authorized, sponsored, or endorsed by or otherwise connected with Mirage; and

(d)    Otherwise infringing the BEAU RIVAGE® mark and trade name.

2.    Pursuant to 15 U.S.C. §1118, Beau Rivage Real Estate Company, Inc. is ordered to deliver to Mirage for destruction all labels, signs, prints, insignia, letterhead, brochures, business cards, invoices and any other written or recorded material or advertisements in its possession or control containing the BEAU RIVAGE® names and marks, and all other colorable imitations of the BEAU RIVAGE® mark.

3.    Pursuant to 15 U.S.C. §1116, Beau Rivage Real Estate Company, Inc. is ordered to file with the court and to serve on Mirage within thirty days from the date of this Injunction a written report, under oath, setting forth in detail the manner and form in which defendant has complied with the terms of the

      injunction.

4. Beau Rivage Real Estate Company, Inc. is ordered to immediately change its corporate name and to abandon all rights, claim of title, or use in its existing corporate name so as to delete any reference to Beau Rivage.

5. The Court reserves jurisdiction to enforce this Permanent Injunction.

ORDERED on April 30, 2007.

          /S/ Richard Smoak
          **RICHARD SMOAK**
          **UNITED STATES DISTRICT JUDGE**